UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID NICK GARCIA, | ) | Case No. CV 10-5893 R(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 10, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE